Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NITIN LAL,<br><br>                    Plaintiff<br> v.<br><br>GREATER NEVADA CREDIT UNION, a<br> Nevada Domestic Nonprofit Cooperative,<br><br>                    Defendant | CASE NO.: 2:25-cv-01934-CDS-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [LR 7-1; LR IA 6-2]<br><br>(First Request)<br><br>[ECF No. 17] |

        IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendant's Greater Nevada Credit Union's motion for summary judgment filed on May 29, 2026, for which the response is currently due on June 19, 2026, will be continued until July 8, 2026.

        Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel has been involved in, including depositions he participated in on June 5th and 10th, a mediation on June 11th and an ENE on June 12th and the fact that he is scheduled to go the Nevada State Bar Convention from June 16th through 20th and

the National Employment Lawyers Association Annual Convention from June 23rd through June 27th.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for Plaintiff

Dated: June 12, 2026

FENNEMORE CRAIG P.C.

/s/ Shannon S. Pierce
Shannon S. Pierce, Esq.
Olivia Z. Williamson, Esq.
7800 Rancharrah Parkway
Reno, NV  89511
Attorney for Defendant

Dated: June 12, 2026

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2026

2