**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce, Esq.
Nevada Bar No. 12471
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
E-mail: spierce@fennemorelaw.com

*Attorneys for Defendant*
*Greater Nevada Credit Union*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NITIN LAL,

Plaintiff

v.

GREATER NEVADA CREDIT UNION, a Nevada Domestic Nonprofit Cooperative,

Defendant

CASE NO.: 2:25-cv-01934-CDS-NJK

**STIPULATION AND ORDER CONTINUING THE DATE THAT DEFENDANT MUST FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [LR 7-1; LR IA 6-2]**

(First Request)

[ECF No. 20]

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record, pursuant to LR 7-1 and LR IA 6-2, as follows:

WHEREAS, on May 29, 2026, Defendant filed its motion for summary judgment (ECF No. 16) ("Motion");

WHEREAS, on July 9, 2026, Plaintiff filed his opposition to the Motion (ECF No. 19);

WHEREAS, Defendant's reply in support of the Motion is presently due on July 23, 2026;

WHEREAS, due to other, unexpected time commitments impacting defense counsel's schedule (including out of town travel), Defendant has requested, and Plaintiff has agreed, to a one-week extension of the aforementioned reply deadline;

NOW THEREFORE, it is STIPULATED and AGREED that:

1. The deadline for Defendant to file and serve its reply in support of ECF No. 16 shall be continued from July 23, 2026 to July 30, 2026;

2. No other dates or deadlines are affected.

This stipulation is brought in good faith and not for the purpose of delay or any other improper purpose. While Defendant stipulated to the extension of Plaintiff's deadline to oppose ECF No. 16, no previous continuances or extensions have been requested or granted as to the reply deadline that is the subject of this stipulation.

**IT IS SO STIPULATED.**

**LAW OFFICES OF MICHAEL P. BALABAN**

*/s/ Michael P. Balaban*
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV 89141

*Attorney for Plaintiff*

Dated: July 23, 2026

**FENNEMORE CRAIG P.C.**

*/s/ Shannon S. Pierce*
Shannon S. Pierce, Esq.
7800 Rancharrah Parkway
Reno, NV 89511

*Attorney for Defendant*

Dated: July 23, 2026

IT IS SO ORDERED nunc pro tunc:

______________________________
UNITED STATES DISTRICT JUDGE

Dated: July 27, 2026